# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA R. SNYDER, | Case No.: 2:13-cv-07522-BRO-RZ |
| Plaintiff, | Action Filed:   10/10/2013 |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| Defendant. | |

Case 2:13-cv-07522-BRO-RZ   Document 46   Filed 12/15/14   Page 2 of 2   Page ID #:2972


# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: December 15, 2014

HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE